

**FILED**

**NOT FOR PUBLICATION**

JUN 02 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAN GABRIEL BASIN WATER QUALITY AUTHORITY; SAN GABRIEL VALLEY WATER COMPANY; CITY OF MONTEREY PARK; SOUTHERN CALIFORNIA WATER COMPANY, | No. 08-56589 <br><br> D.C. No. 2:02-cv-04565-ABC-RC |
| Plaintiffs - Appellees, | |
| v. | MEMORANDUM[*] |
| AEROJET GENERAL CORP, | |
| Defendant, | |
| and | |
| TONKS PROPERTIES, | |
| Defendant-counter-claimant - Appellant, | |
| SHELLEY LINDERMAN, as Trustee of the Linderman Trust; M&T COMPANY; DON TONKS; ROY TONKS, | |
| Defendants-counter-claimants-3rd-party-plaintiffs - Appellants, | |

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

v.

JAMES ANDRUSS, as Trustee of the Andruss Family Trust and JAMES ANDRUSS as Trustee of the Survivors Trust UDT, Dated September 22, 1987; CARDINAL INDUSTRIAL FINISHES; CARDCO; EEMUS MANUFACTURING CORP.; GLORIA JEBBIA, as Trustee of the Norf James Jebbia Testamentary Trust; ROC-AIRE CORPORATION; BAERBEL JANNEBERG, as Trustee of the Janneberg Trusts formerly known as Servex, Corp.; SMITTYBILT, INC.; SOUTHERN CALIFORNIA EDISON COMPANY; INTERNATIONAL MEDICATION SYSTEMS, LTD.,

Third-party-defendants - Appellees.

Appeal from the United States District Court
for the Central District of California
Audrey B. Collins, Chief District Judge, Presiding

Argued and Submitted October 5, 2009
Pasadena, California

Before: HALL, W. FLETCHER and CLIFTON, Circuit Judges.

The district court entered judgment on August 20, 2008, approving the settlement between the Water Entities and the G10 Third-Party Defendants (appellees); dismissing all claims against the G10; and barring any claims for

2

contribution, cost recovery, or indemnity against the G10 Third-Party Defendants. Appellants are a group of non-settling defendants who objected to the settlement, dismissal, and bar order.

In a separate published disposition filed today, *USA v. Aerojet-General Corp.*, No. 08-55996, we reverse and remand the district court's denial of the non-settling defendants' motion to intervene in that case. In light of our opinion in that case, we vacate and remand the district court's decision in this case for further proceedings consistent with that decision.

**VACATED AND REMANDED.**